United States District Court
Southern District of Texas
**ENTERED**
April 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REVEAL ENERGY SERVICES INC., *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-459 |
| MATTHEW A. DAWSON, *et al*, | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the discovery issue raised in Plaintiff Reveal Energy Services Inc.'s ("Reveal") April 16, 2018 letter, and Defendants' April 17, 2018 response letter. As Defendants did not give Reveal a chance to provide the discovery sought prior to Defendants additionally seeking the same discovery from nonparties, the five nonparty subpoenas identified in the April 16, 2018 letter are HEREBY QUASHED, without prejudice to Defendants re-issuing the subpoenas if they can show that Reveal's discovery responses are incomplete.

Additionally, given the numerous discovery disputes continuing to develop within this case, the Court HEREBY REFERS all pending and future non-dispositive motions and discovery issues to United States Magistrate Judge Frances H. Stacy for determination pursuant to 28 U.S.C. § 636(b)(1)(A). To help facilitate the quick resolution of pending issues, all parties are HEREBY ORDERED to provide to Judge Stacy's chambers a joint-list of all pending non-dispositive issues within fourteen (14) days from the date of this Order.

It is so ORDERED.

APR 1 8 2018
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge