UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REVEAL ENERGY SERVICES INC., | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:17-CV-00459 |
| v. | § § | |
| MATTHEW A. DAWSON and AXIOM GENESIS INC., | § § § | |
| Defendants. | § § | |

## AGREED PERMANENT INJUNCTION

The Parties have engaged in settlement discussions and have agreed to settle this case pending the Court's entry of an Agreed Permanent Injunction (the "Injunction"). As part of their settlement, the Parties agreed to the entry of the Injunction, stipulated that their agreement is a good and sufficient reason for the entry of the Injunction under Rule 65 (d)(1)(A), and waived any and all right to challenge this Court's authority to enter the Injunction, enforce the terms of the Injunction, and if necessary, exercise the Court's contempt powers.

The Court, having considered the agreement of the Parties as confirmed by the signatures of their counsel below, finds good cause for the entry of the Injunction. The Court therefore ORDERS that:

Matthew Dawson, Axiom, and any entity Matthew Dawson is associated with, holds an interest in, or is employed by are hereby:

a) permanently enjoined from disclosing Statoil's or Reveal's confidential information related to or underlying the IMAGE Frac™ technology, using it for purposes of their business, disclosing it in a patent application or making any other disclosure or use of Statoil's or Reveal's confidential information related to or underlying the IMAGE Frac™ technology;

1

b) permanently enjoined from prosecuting the United States patent applications identified by the following serial numbers: non-provisional patent application number 15/411,870, provisional application number 62/280,103, provisional application number 62/286,420 and provisional application number 62/354,676; provisional patent application number 62/422,553 and non-provisional patent application number 15/804,978; and provisional patent application number 62/457,868 (the "Patent Applications"), and any divisions, substitutions, continuations, continuation-in-part applications, foreign counterparts and extensions of the Patent Applications;

c) permanently enjoined from using or claiming ownership of the technology identified in the Patent Applications;

d) permanently enjoined from assigning their rights in the Patent Applications to any party other than Statoil or Reveal; and

e) permanently enjoined from using the Patent Applications or any of the Intellectual Property therein, as a basis for business development or investment.

SO ORDERED.

___September 18, 2018___
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

AGREED:

*/s/ Edward F. Fernandes*
Counsel for Plaintiff

*/s/ Ashish Mahendru*
Counsel for Defendants