United States District Court
Southern District of Texas
**ENTERED**
September 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **REVEAL ENERGY SERVICES INC.,** | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 4:17-CV-00459 |
| v. | § § | |
| **MATTHEW A. DAWSON** and **AXIOM GENESIS INC.,** | § § § | |
| Defendants. | § § § | |

## AGREED ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

On this day, the Court considered the parties' Joint Motion to Dismiss ("Motion"). Having considered the Motion, the agreement of the parties, the applicable authorities, the Court is of the opinion that the Motion should be GRANTED.

This Court previously entered its Agreed Permanent Injunction ("Permanent Injunction," Dkt. 323) and Agreed Order Granting Intervention and Confirming Arbitration Award ("Confirmation Order," Dkt. 322). The Permanent Injunction and Confirmation Order shall remain in full force and effect, and this Order shall not affect their enforceability in any respect.

It is ORDERED that the Motion is GRANTED, and the case is hereby dismissed with prejudice, and all costs shall be borne by the party incurring them.

This Court shall retain jurisdiction to enforce the Permanent Injunction and Confirmation Order.

SO ORDERED.

_September 24, 2018_
Date

The Honorable Alfred H. Bennett
United States District Judge

1

AGREED:

*/s/ Edward F. Fernandes*      */s/ Ashish Mahendru*
Counsel for Statoil            Counsel for Defendants